IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHAUNCIL-DANIELLE WILLIAMS,<br>Plaintiff, | § § § | |
| v. | § § | No. 3:22-cv-02388-N (BT) |
| DALLAS COUNTY, et al.,<br>Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 31, 2022, the Court finds that the findings and recommendation of the Magistrate Judge are correct, and they are accepted as the findings, conclusions, and recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted.

**SO ORDERED** this 2nd day of December, 2022.

_____
DAVID C. GODBEY
CHIEF JUDGE